

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

AMAURY LOPEZ JR.,
   a/k/a "Junior,"

          Defendant.

- - - - - - - - - - - - - - - - - x

INDICTMENT

10 CRIM 798

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/10

## COUNT ONE

The United States Attorney charges:

1. From at least in or about 2001 up to and including September 2010, in the Southern District of New York and elsewhere, AMAURY LOPEZ JR., a/k/a "Junior," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that AMAURY LOPEZ JR., a/k/a "Junior," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, AMAURY LOPEZ JR., a/k/a "Junior," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

     e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

AMAURY LOPEZ JR.,
a/k/a "Junior,"

Defendant.

---

**INFORMATION**

10 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(B), 841(b)(1)(A), 846)

PREET BHARARA
United States Attorney.

_/s/_
Foreperson.

---

9/9/10 Filed Indictment Under Seal
& A/W issued

Pitman
USMJ