ORIGINAL

WHEEL A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

      - v. -  :

                           :    10 Cr. 798

AMAURY LOPEZ JR.,  :
    a/k/a "Junior,"
                           :

         Defendant.  :

- - - - - - - - - - - - - - - x

        Upon application of the United States of America, by and through Assistant United States Attorney David Miller, it is hereby ORDERED that Indictment 10 Cr. 798, which was filed under seal on September 10, 2010, be and hereby is unsealed.

SO ORDERED.

Dated:    New York, New York
           October 6, 2010

                                                   /s/ Kevin Nathaniel Fox
                                         UNITED STATES MAGISTRATE JUDGE
                                         SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 6 OCT 2010