AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

UNITED STATES OF AMERICA,

-v-

AMAURY LOPEZ, JR.

Case Number: 10-Crim-798

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AMAURY LOPEZ, JR.

I certify that I am admitted to practice in this court.

October 13, 2010
Date

*(signature)*
Signature

IVAN S. FISHER, ESQ.        IF8706
Print Name                  Bar Number

125 East 50th Street
Address

New York, NY 10022
City         State          Zip Code

(212) 517-5000              (917) 322-5501
Phone Number                Fax Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -against-

AMAURY LOPEZ, JR.,

           Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 10-Crim-798

**AFFIRMATION**

IVAN S. FISHER, ESQ., under the penalties of perjury, affirms as follows:

1. I am an attorney in good standing duly licensed to practice law in the courts of this state.

2. I make this affirmation in support of my motion for substitution of counsel in United States v. Amaury Lopes, Jr., and pursuant to Local Rule 1.4. I enclose a stipulation of substitution of counsel which reflects an agreement, subject to order of the court, that I shall replace David K. Bertan, Esq., Esq. as attorney for the defendant.

3. The Defendant is scheduled for trial before the Honorable _____ on _____, 2010.

Date: New York, New York
      October 13, 2010

_____
IVAN S. FISHER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

   -against-

AMAURY LOPEZ, JR.,

               Defendant(s).

------------------------------------------------------------x

Docket No. 10-Crim-798

**STIPULATION OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned and subject to the order of the Court that Ivan S. Fisher, Esq. shall in all respects replace, as counsel, and substitute for David K. Bertan Esq., as attorney for the Defendant, Amaury Lopez, Jr.

Dated: New York, New York
_____, 2010

_____
IVAN S. FISHER, ESQ.

_____
Defendant