**IVAN STEPHAN FISHER**

ATTORNEY AT LAW

125 EAST 00TH STREET

NEW YORK, NEW YORK 10022

EMAIL: IVANFISHER@IVANFISHER.COM　　　　　　　　　　　TELEPHONE (212) 517-0000
FACSIMILE: (017) 923-8501　　　　　　　　　　　　　　　　　MOBILE: (017) 078-7900

Honorable Judge Paul Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 NOV 2010
```

　　　　Re: United States v. Amaury Lopez
　　　　　　10 Cr. 798 (PAC)

Dear Judge Crotty,

　　　　I write to request an adjournment of the status conference now scheduled on Thursday, November 18, 2010. The government, by AUSA David Miller, consents to this application.

　　　　I am currently on trial before the Honorable Judge Rakoff and a jury and expect to be so engaged this Thursday. On account of various scheduling issues, the parties request that the Court reschedule the appearance for any time at its convenience the week of December 6, 2010.

　　　　The Defendant waives Speedy Trial rights for the period of this requested adjournment.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 12/8/10 at 4:00pm in Courtroom 18B. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 11/18/10 until 12/8/10 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: 17 NOV 2010

_/s/ Paul Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Very truly yours,

_/s/ Ivan S. Fisher_
Ivan S. Fisher

cc: AUSA David Miller