ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 AUG 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA      :
                              :    PRIOR FELONY
    - v. -                     :    INFORMATION
                              :
AMAURY LOPEZ JR.,             :    S1 10 Cr. 798 (PAC)
  a/k/a "Junior,"             :
                              :
    Defendant.                :
- - - - - - - - - - - - - - - - x

        The United States Attorney charges:

        On or about March 12, 1991, in Columbia County Court, New York, AMAURY LOPEZ JR., a/k/a "Junior," the defendant, was convicted of Criminal Possession of a Controlled Substance in the Second Degree, a Class A Felony, in violation of New York Penal Law § 220.18, for which the defendant received a sentence of three years' to life imprisonment.

        Accordingly, the defendant is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1).

        (Title 21, United States Code, Section 851.)

Dated:    New York, New York
          August 11, 2011

                                      */s/ Preet Bharara*
                                      PREET BHARARA
                                      United States Attorney