USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 SEP 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,      :      (S2) 10 Cr. 798 (PAC)

:      ORDER

-against-                       :

:

AMAURY LOPEZ JR.,              :
    a/k/a "Junior"
AMAURY LOPEZ SR.,              :
FABIO MOREL,
    a/k/a "Fabian Luna,"         :
    a/k/a "Efrain Delvalle"

    Defendant.               :
---------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record, following oral argument on Tuesday, September 6, 2011, Amaury Lopez Sr. and Fabio Morel's motions for severance pursuant to Fed. R. Crim. P. 14 are DENIED; the Government's motion in limine with respect to evidence of firearms and statements made by Amaury Lopez Sr. in 2009 regarding acts of violence is GRANTED; the Government's motion in limine with respect to statements made by Amaury Lopez Jr. in 2001 regarding acts of violence is DENIED.

Dated: New York, New York
       September 7, 2011

SO ORDERED

/s/ Paul A. Crotty
_____
PAUL A. CROTTY
United States District Judge