USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 22 NOV 2011

MEMO ENDORSED

*[Handwritten endorsement, top right:]* 11/21/2011 The motion for an extension of time is denied. So ordered. Paul Crotty USDJ

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Oct 16, 2011

10 cr 798 (PAC)
USA -v- Lopez

I am writing for court to reconsidered allowing me a 30 day consideration to submit Rule 33 motion. I been trying to get the court to address my attorney issue, since my trial ended, verdict.

I have newly discovered evidence. with out attorney I can not make a motion. I please ask court to assigned me counsel. also to grant me a 30 day extension for new counsel to make my Rule 33 motion.

Respectfully,
Amaury Lopez Jr



Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

From: Amaury Lopo 28863-054
M.C.C.
150 Park Row
NY, N.Y. 10007

RECEIVED NOV 18 2011 CHAMBERS OF HONORABLE PAUL A. CROTTY U.S.D.J.

USMS SDNY