AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: S1 10 Cr. 798 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Margaret M. Shalley, Esq.
Fasulo, Shalley & DiMaggio

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/27/2012 | *signature* |
| Date | Signature |
| | Margaret M. Shalley — 1986405 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 715 |
| | Address |
| | New York / NY / 10007 |
| | City / State / Zip Code |
| | (212) 566-6212 / (212) 566-8165 |
| | Phone Number / Fax Number |