UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

        -v. –                                       10 Cr 798 (PAC)
                                                 (ECF)

AMAURY LOPEZ, JR.                            NOTICE OF
                                                            APPEARANCE
                               Defendant(s).
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case, as co-counsel to Margaret Shalley, Esq., on behalf of:

       AMAURY LOPEZ, JR.

       I certify that I am admitted to practice in this Court and that I was admitted in March of 2008 to the bar of the United States District Court Southern District of New York.

5/31/2012
Date

                                              Calvin H. Scholar, Esq. (CS4530)
                                              270 North Avenue, Suite 202
                                              New Rochelle, New York 10801
                                              (914) 813-8989       Telephone
                                              (914) 813-8988       Fax
                                              CHScholar@aol.com