LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                                                                                                http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                                                                                         michael@mbachlaw.com

February 2, 2021

**By ECF and By Email**

The Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                                                  *Re: United States v. Amaury Lopez Jr.,*
                                                  *10 Cr. 798 (PAC)*

Dear Judge Crotty:

      I write to request that CJA counsel be appointed to draft and file a motion for compassionate release on behalf of Defendant Amaury Lopez Jr. in relation to the above-referenced Indictment.

      Although Mr. Lopez was represented by retained counsel at trial, he has long been indigent. I was appointed by the Second Circuit Court of Appeals to represent Mr. Lopez under the Criminal Justice Act, 18 U.S.C. § 3006A, in relation to the appeal of the denial of his habeas petition filed before Your Honor under Docket No. 16 Cv. 3342 (PAC). Mr. Lopez's appeal was denied several months ago and Mr. Lopez has asked me to file a motion for compassionate release on his behalf. Unfortunately, I am not available to do so. Besides commitments to numerous other cases, including one before Your Honor, a week ago I tested positive for COVID-19 and as a result I am now combating the effects of the virus. Although my condition is improving, I am attempting to lighten my load, not increase it, over the next couple of weeks until the virus completes its course.

      Accordingly, and because Mr. Lopez has already been deemed eligible for *in forma pauperis* relief, the undersigned respectfully requests that CJA counsel be appointed to draft and file a motion for compassionate release on behalf of Defendant Amaury Lopez Jr.

      Thank you for your time and consideration.

Respectfully submitted,

*/s/ Michael K. Bachrach*

Michael K. Bachrach

2/9/2021
On duty CJA counsel will be appointed for the purpose of submitting a Compassionate Release motion. SO ORDERED.

*/s/ Paul A. Crotty*