UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

AMAURY LOPEZ, JR.

                    Defendant.
------------------------------------------------------------X

ORDER

10-CR-798 (PAC)

IT IS HEREBY ORDERED:

Rauol Saltzberg is appointed to represent Amuary Lopez, Jr., as CJA counsel, *Nunc Pro Tunc* February 9, 2021.

DATE:

February 9, 2021

SIGNED: _____
PAUL A. CROTTY
United States District Judge