# Raoul Zaltzberg, Esq.

Zaltzberg Law
5 Penn Plaza, 23rd Fl
New York, New York 1001

*Attorney at Law*

Raoul@ZaltzbergLaw.com

O: (212) 609-1344
P: (917) 244-4322
F: (212) 609-1345

March 23, 2021

The Honorable Paul A. Crotty
United States District Court
500 Pearl Street, Chambers 1350
New York, NY 10007
*By email*

   Re: *United States v. Amaury Lopez, Jr.*, 10-CR-00798 (PAC)

Dear Judge Crotty,

  I represent Amaury Lopez, Jr., in the above-referenced matter. I write to inform the Court that I can have my compassionate release motion filed by Monday, April 6, 2021. Therefore, I ask for a motion schedule and thank the Court for its patience in allowing me to speak to my client and properly prepare. I would further need 1 week to reply to the Government should they file a reply to my motion. I am available as need to discuss further.

  Thank you in advance for your consideration.

              Sincerely,

____/s/_____
Raoul Zaltzberg, Esq.
*Attorney for Defendant*
raoul@zaltzberglaw.com
917-244-4322

3/24/2021
The proposed schedule is adopted. Motion is due by April 6, 2021. The government's response is due by April 20, 2021. Reply due by April 27, 2021. SO ORDERED.

*Paul A. Crotty*